IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

| | | |
|---|---|---|
| EDDIE PORTER JR | : | CHAPTER 13 |
| CHARLOTTE VICTORIA PORTER | : | |
| | : | |
| Debtors. | : | CASE NO.: 18-56641-WLH |

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and **NOTICE OF HEARING ON CONFIRMATION OF PLAN AND OF DEADLINE FOR OBJECTIONS TO CONFIRMATION OF PLAN**, in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Global Lending Services LLC
5 Concourse Pkwy NE Suite 2925
Atlanta, GA 30328

Cogency Global Inc (Registered Agent for Global Lending Services LLC)
900 Old Roswell Lakes Parkway Suite 310
Roswell, GA 30076

DATED: June 14, 2018

_____/s/_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339