IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                            :
                                                  :
EDDIE PORTER, JR
CHARLOTTE VICTORIA PORTER         :        CHAPTER 13
                                                  :
            Debtor.                       :        CASE NO.: 18-56641-WLH

**CERTIFICATE OF MANNER OF SERVICE PURSUANT TO
BANKRUPTCY RULE 7004**

This is to certify that I have this day served a copy of the Initial Chapter 13 Plan filed in the above styled case on June 14, 2018 (Doc. No. 22) by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Santander Consumer USA
PO BOX 961245
Fort Worth, TX 76161

C T Corporation System (Registered Agent for Santander)
289 S Culver Street
Lawrenceville, GA 30046

DATED: August 20, 2018
_____/s_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
2859 Paces Ferry Rd, SE Suite 1700
Atlanta, GA 30339