**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | : |
| | : |
| EDDIE PORTER, JR | |
| CHARLOTTE VICTORIA PORTER | :   CHAPTER 13 |
| | : |
| Debtor. | :   CASE NO.: 18-56641-WLH |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing Initial Chapter 13 Plan in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Nancy J Whaley (Served via ECF mail)
Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

Eddie & Charlotte Porter
4285 Huntoon Place
Forest Park, GA 30297


SEE ATTACHED FOR ADDITIONAL CREDITORS

Date: August 20, 2018

_____/s/_____
Howard Slomka, Esq.
Georgia Bar # 652875
Slipakoff & Slomka, P.C.
Attorney for Debtor
2859 Paces Ferry Road SE Suite 1700
Atlanta, GA 30339
Tel. (404) 800-4001

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 18-56641-wlh<br>Northern District of Georgia<br>Atlanta<br>Mon Aug 20 12:55:05 EDT 2018 | (p)CARTER YOUNG INC<br>882 N MAIN STREET<br>SUITE 120<br>CONYERS GA 30012-4442 | Civil Housing, LLC<br>730 Hill Street<br>Forest Park, GA 30297-1484 |
| Credit Protection Asso<br>One Galleria Tower<br>Dallas, TX 75240 | ECMC<br>PO BOX 16408<br>ST. PAUL, MN 55116-0408 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| Global Lending Service<br>5 Concourse Pkwy. NE<br>Suite 2925<br>Atlanta, GA 30328-7104 | Global Lending Services LLC<br>1200 Brookfield Blvd Ste 300<br>Greenville, South Carolina 29607-6583 | IRS<br>401 W Peachtree Street NW<br>Atlanta, GA 30308 |
| MARIETTA EYE CLINIC<br>CARTER-YOUNG, INC<br>882 N MAIN ST, STE 120<br>CONYERS, GA 30012-4442 | PERITUS PORTFOLIO SERVICES II / WOLLEMI<br>PO BOX 141419<br>IRVING, TX  75014-1419 | Charlotte Victoria Porter<br>4285 Huntoon Place<br>Forest Park, GA 30297-3615 |
| Eddie Porter Jr.<br>4285 Huntoon Place<br>Forest Park, GA 30297-3615 | Premiere Credit of North Ameri<br>PO Box 19309<br>Indianapolis, IN 46219-0309 | Santander Consumer USA<br>PO Box 961245<br>Fort Worth, TX 76161-0244 |
| Howard P. Slomka<br>Slipakoff & Slomka, PC<br>Overlook III - Suite 1700<br>2859 Paces Ferry Rd, SE<br>Atlanta, GA 30339-6213 | U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta GA 30303-3315 | Nancy J. Whaley<br>Nancy J. Whaley, Standing Ch. 13 Trustee<br>303 Peachtree Center Avenue<br>Suite 120, Suntrust Garden Plaza<br>Atlanta, GA 30303-1216 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Carter-young Inc<br>Po Box 82269<br>Conyers, GA 30013 | Georgia Department of Revenue<br>1800 Century Blvd<br>Suite 17200<br>Atlanta, GA 30345 | End of Label Matrix<br>Mailable recipients    17<br>Bypassed recipients     0<br>Total                  17 |